IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-621-FDW-DCK

| | |
|---|---|
| AKAYLA GALLOWAY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UNITED PARCEL SERVICE, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) filed by Jason A. Watson, concerning Abby Salzer on January 22, 2019. Abby Salzer seeks to appear as counsel *pro hac vice* for Plaintiff Akayla Galloway. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) is **GRANTED.** Abby Salzer is hereby admitted *pro hac vice* to represent Plaintiff Akayla Galloway.

**SO ORDERED**.

Signed: January 22, 2019

David C. Keesler
United States Magistrate Judge